■ LYLE F. STEVENSON, JR., Appellant, v CITY OF ROME et al., Respondents. (Appeal No. 1.) [654 NYS2d 917] —Order unanimously affirmed without costs. Memorandum: Although Supreme Court properly granted defendants' motion to dismiss the complaint, it should have done so pursuant to CPLR 3211 (c), rather than CPLR 3211 (a) (7). Defendants established that the City of Rome had withdrawn its decision to reduce the position held by plaintiff to part-time and to enforce a residency requirement against plaintiff some five months before this action was commenced, and plaintiff failed to raise a triable issue of fact (*see, Zuckerman v City of New York*, 49 NY2d 557, 562). Because plaintiff has not prevailed in an action or proceeding to enforce a provision of 42 USC § 1983, he is not entitled to an award of attorney's fees pursuant to 42 USC § 1988 (*see, Matter of Johnson v Blum*, 58 NY2d 454; *Matter of Kilofofski v Blackburne*, 201 AD2d 564, 565).

did not err in settling the record in the appeal from the order dismissing the complaint (*Stevenson v City of Rome,* 237 AD2d 946 [decided herewith]; *see,* CPLR 5526). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Settle Record.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.